```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  1/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GIUSEPPE QUAGLIA, *on behalf of himself and others similarly situated*,

                              Plaintiff,

-against-

SISTINA RESTAURANT INC., *doing business as* SISTINA, and GIUSEPPE BRUNO,

                            Defendants.
-------------------------------------------------------------X

21-cv-1474 (ALC)
ORDER APPROVING SETTLEMENT

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of the Settlement Agreement filed by the Parties on August 6, 2021. ECF No. 27. The Court has reviewed the Settlement Agreement, as well as the accompanying fairness motion, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The Court finds it to be fair and reasonable and approves the Settlement. Accordingly, this matter is hereby discontinued with prejudice.

       The Clerk of Court is respectfully directed to terminate the motion at ECF No. 27 and close the case.

**SO ORDERED.**

Dated:  January 6, 2022
            New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**